UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARK DIBENEDETTO,

    Plaintiff,

v.                                                Case No.: _____

AMERICAN BOTTLING COMPANY,
a foreign For-Profit Corporation,

    Defendant.
_____/

**<u>DEFENDANT AMERICAN BOTTLING COMPANY'S  NOTICE OF REMOVAL</u>**

      Pursuant to 28 U.S.C. §§ 1331, 1391, and 1446, Defendant, AMERICAN BOTTLING COMPANY ("ABC"), by and through its undersigned counsel, hereby gives its notice of removal of the case styled *Mark DiBenedetto v. American Bottling Company., a foreign For-Profit Corporation,* Case No. 2019-CC-0596, currently pending in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida (the "State Court Action"), to the United States District Court for the Middle District of Florida, Ocala Division.  As grounds, ABC states as follows:

      1.      On or about May 16, 2019, Mark DiBenedetto ("Plaintiff") filed his Complaint in the State Court Action.

      2.      The Summons and Complaint were served on ABC on May 17, 2019.

      3.      Pursuant to 28 U.S.C. § 1446(b), ABC has timely filed this Notice of Removal within 30 days after receipt of Plaintiff's Complaint.

4. A true and legible copy of any and all processes, pleadings, motions, orders, and other papers of every kind filed in the State Court Action, obtained by ABC are filed with this Notice of Removal as required by 28 U.S.C. § 1446(a) and Local Rule 4.02.

5. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Ocala Division, is the district and division within which the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida, is located.

6. This Court has original jurisdiction over this action based on federal questions pursuant to 28 U.S.C. § 1331, and this action is therefore properly removable under 28 U.S.C. § 1441(a).

7. In applying that statutory provision "[t]he presence or absence of federal question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams,* 482 U.S. 386 (1987).

8. Plaintiff's Complaint alleges three causes of action: violation of the Fair Labor Standards Act, 29 U.S.C. § 206 ("FLSA) (*see* Complaint, Count I); violation of the overtime provision of the Fair Labor Standards Act, 29 U.S. C. § 207 ("FLSA) (*see* Complaint, Count II), and violation of the Statutory Collection Action, 29 U.S.C. § 216(b) (*see* Complaint, Count III).

9. Because Plaintiff's Complaint alleges three causes of action under federal statutes (*see* Complaint, Counts I, II, and III), this Court accordingly has original federal question jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441. This section states in relevant part that: "[t]he district court

shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Thus, this case is properly removable under 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), ABC has provided written notice of the filing of this Notice of Removal to Plaintiff and has filed a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida.

WHEREFORE, ABC respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove *Mark DiBenedetto v. American Bottling Company, a foreign For-Profit Corporation,* Case No.: 2019-CC-0596 from the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division.

DATED June 13, 2019.

Respectfully submitted,

*/s/ **Jennifer Monrose Moore***
Jennifer Monrose Moore
Florida Bar No. 35602
jennifer.moore@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: (813) 289-1247
Facsimile:  (813) 289-6530

*Attorneys for Defendant American Bottling Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2019, I electronically filed the foregoing with the Court's CM/ECF system, and that a true and correct copy of the foregoing was sent via electronic mail to the following:

Edwin A. Green, III
Blanchard, Merriam, Adel & Kirkland, P.A.
P.O. Box 1869
Ocala, Florida 34478
tgreen@bmaklaw.com
lcaldwell@bmaklaw.com

*/s/* ***Jennifer Monrose Moore***
Attorney

38424643.1